IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50219
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL ANGEL ARAUJO-VASQUEZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-97-CR-225-ALL
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Miguel Angel Araujo-Vasquez has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Vasquez has responded with a brief in which he asserts that counsel misrepresented the sentence he would receive and was therefore ineffective. This contention is without merit. *Hill v. Lockhart*, 474 U.S. 52, 59 (1985); *United States v. Gracia*, 983 F.2d 625, 629 (5th Cir. 1993).

Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.